

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE CITY OF DRIPPING SPRINGS, | § | No. 08-20-00239-CV |
|  | § | Appeal from the |
| Appellants, | § | 345th District Court |
| v. | § | of Travis County, Texas |
| SAVE OUR SPRINGS ALLIANCE, INC., | § | (TC# D-1-GN-19-003030) |
| Appellee. | § |  |
|  | § |  |

## **O R D E R**

The Court on its own motion, VACATES the October 21, 2021 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 19th day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.